IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PEOPLES, JR., H-63933, | )<br>) |
| Plaintiff(s), | ) No. C 12-2163 CRB (PR)<br>) |
| v. | ) ORDER REQUESTING<br>) RESPONSE TO MOTION TO |
| E. MATA, et al., | ) VACATE DISMISSAL<br>) |
| Defendant(s). | ) (Dkt. #105)<br>) |

Plaintiff has filed a "motion to vacate dismissal" and judgment entered in this matter on March 26, 2015. Defendants shall file a response to the motion by no later than June 5, 2015, and plaintiff may file a reply to defendants' response by no later than June 12, 2015.

SO ORDERED.

DATED: May 22, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Peoples, T.12-2163.or1.wpd