1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY PEOPLES, JR., H-63933,        )
                                           )
12            Plaintiff(s),                )     No. C 12-2163 CRB (PR)
                                           )
13        v.                               )     ORDER DIRECTING
                                           )     SERVICE ON E. MAKELA,
14   E. MATA, et al.,                      )     I. ASUNCION AND P.
                                           )     DELVILLAR AT SVSP,
15            Defendant(s).                )     AND UPDATE OF THE
                                           )     DOCKET
16   _____      )

17          Per order filed on December 30, 2015, the court found that plaintiff's First

18   Amended Complaint (FAC) appears to state cognizable § 1983 claims for

19   damages against the named defendants but that three of them – correctional

20   officers E. Mata, I. Asuncion and P. Devillar – remain unserved, and directed the

21   California Department of Corrections and Rehabilitation (CDCR) to provide the

22   last known addresses for these three defendants.

23          CDCR promptly responded that these three correctional officers can be

24   served at Salinas Valley State Prison (SVSP) under the names E. Makela (rather

25   than E. Mata aka Makeia), I. Asuncion and P. Delvillar (rather than P. Devillar).

26   Although I. Asuncion was properly identified as such in the original complaint

27   and docket, it appears that the summons incorrectly identified this defendant as L.

28   Asuncion.

1    Good cause appearing therefor, the clerk is directed to update the docket

2  to show that E. Mata aka Makeia is actually E. Makela, and that P. Devillar is

3  actually P. Delvillar.  The clerk also shall issue summons and the United States

4  Marshal shall serve, on an expedited basis and without prepayment of fees,

5  copies of the FAC in this matter, all attachments thereto, and copies of this order

6  on correctional officers E. Makela, I. Asuncion and P. Delvillar at SVSP.

7    In order to expedite the resolution of this case, defendants shall serve and

8  file a joint motion for summary judgment or other joint dispositive motion by no

9  later than March 4, 2016.  If defendants are of the opinion that this case cannot be

10  resolved by summary judgment or other dispositive motion, they shall so inform

11  the court prior to the date their motion is due.  Plaintiff must serve and file an

12  opposition or statement of non-opposition to the dispositive motion not more than

13  28 days after the motion is served and filed, and defendants must serve and file a

14  reply to any opposition not more than 14 days after the opposition is filed.

15  SO ORDERED.

16  DATED:  Jan. 11, 2016

    CHARLES R. BREYER
17    United States District Judge

18

19

20

21

22

23

24

25

26

27  G:\PRO-SE\CRB\CR.12\Peoples, T.12-2163.serve2.wpd

28                                         2