1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 EUREKA DIVISION

7

8 TIMOTHY PEOPLES,

Plaintiff,

9

v.

10

11 MAKELA, et al.,

Defendants.

12

Case No.  12-cv-02163-CRB (NJV)

**ORDER DENYING MOTION TO
CONTINUE SETTLEMENT
CONFERENCE**

Re: Dkt. No. 192

13      A settlement conference is scheduled in this case for May 9, 2017.  On April 24, 2017,

14 Plaintiff filed a motion to continue that settlement conference.  (Doc. 192.)  Plaintiff states that he

15 currently has an appeal pending before the United States Court of Appeals in another case, and

16 that the answering brief in that appeal is due May 3, 2017.  Plaintiff states that thereafter, he will

17 have fourteen days to file his optional reply brief.  Plaintiff claims that requiring him to attend the

18 settlement conference will cause a hardship regarding his ability to meet the deadline for filing his

19 reply.

20      The court finds Plaintiff's claim unconvincing.  Persons who chose to simultaneously

21 litigate multiple cases, whether they are acting in pro se or are licensed attorneys representing

22 clients, must manage their case schedules.  Further, the scheduling and execution of in-person

23 settlement conferences with inmates involves complicated planning between the court and the

24 inmate's institution, and are not easily rescheduled.

25      Accordingly, Plaintiff's motion is HEREBY DENIED.

26 **IT IS SO ORDERED**.

27 Dated: April 26, 2017

NANDOR J. VADAS
United States Magistrate Judge

28