UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| TIMOTHY PEOPLES, | Case No. 12-cv-02163-CRB (NJV) |
|---|---|
| Plaintiff, | **ORDER DENYING REQUEST FOR RECUSAL** |
| v. | Re: Dkt. No. 197 |
| MAKELA, et al., | |
| Defendants. | |

This matter is set for a settlement conference on May 9, 2017. The court set a related telephonic status conference in the matter for April 25, 2017. However, because of a technical error, both of the parties were disconnected from the telephonic status conference and the status conference was not held. On May 1, 2017, Plaintiff filed a document requesting that the undersigned recuse himself from the settlement conference, claiming that the failure to hold the status conference shows prejudice and bias.

The undersigned finds no merit to Plaintiff's claim. No substantive matters were to be decided at the status conference, as it was simply a status conference to confirm the parties' attendance at the upcoming settlement conference. Finding no basis for recusal, Plaintiff's request is HEREBY DENIED.

**IT IS SO ORDERED**.

Dated: May 3, 2017

NANDOR J. VADAS
United States Magistrate Judge