UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY PEOPLES,

    Plaintiff,

v.

J. G. LOPEZ, et al.,

    Defendants.

Case No. 12-cv-02163-CRB (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on September 8, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X ) Plaintiff, Timothy Peoples Jr., Pro Se Plaintiff.

( ) Warden or warden's representative

( X ) Office of the California Attorney General, Elliott T. Seals, Deputy Attorney General.

( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

( X ) The case has been completely settled.

( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1  ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 9/22/2017



NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PEOPLES,<br><br>    Plaintiff,<br><br>    v.<br><br>J. G. LOPEZ, et al.,<br><br>    Defendants. | Case No. 12-cv-02163-CRB (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 22, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Peoples ID: H63933
California Men's Colony State Prison A-2-104L
P.O. Box 8101
San Luis Obispo, CA 93409-8101


Dated: September 22, 2017

                                                  Susan Y. Soong
                                                Clerk, United States District Court


                                                By:_ *Gloria Knudson*
                                                Gloria Knudson, Deputy Clerk to the
                                                Honorable NANDOR J. VADAS