UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PEOPLES, JR., H63933,<br>    Plaintiff,<br>    v.<br>E. MAKELA, et al.,<br>    Defendant(s). | Case No. 12-cv-02163-CRB (PR)<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Per order filed on September 22, 2017, Magistrate Judge Vadas reported that this case was "completely settled" after a settlement conference held on September 8, 2017. ECF No. 223 at 1. Good cause appearing therefor, this case is DISMISSED with the following condition: If any party shall certify to the court, within 120 days of this order, that the agreed consideration for the settlement has not been delivered over, the instant order shall stand vacated and this action shall be restored to the court's calendar for further proceedings.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: October 18, 2017

_____
CHARLES R. BREYER
United States District Judge